FILED
NOV - 7 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
v.                                  ) No.
                                    )
MARCUS TERRELL STOKES,              )   **4:13CR471 JAR/TIA**
                                    )
        Defendant.                  )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 30, 2013 in Saint Louis County, Missouri in the Eastern District of Missouri,

**MARCUS TERRELL STOKES**,

the defendant herein, did knowingly and willfully transmit in interstate commerce an email communication to L.S., which e-mail communication was sent from defendant's e-mail address of tonyhunley50@yahoo.com, and was transmitted over the internet between Missouri and California, and the email communication specifically contained a threat to injure L.S.

In violation of Title 18, United States Code, Section 875(c).

RICHARD G. CALLAHAN
United States Attorney                          A TRUE BILL.

_____                  _____
Dianna R. Collins #59641MO                      FOREPERSON
Assistant United States Attorney