UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:13CR471 JAR |
|  | ) |  |
| MARCUS TERRELL STOKES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Terry I. Adelman (ECF No. 40). On December 30, 2013, Defendant Stokes filed the Motion to Suppress Statements and Evidence (ECF No. 21). Magistrate Judge Adelman recommends the Court deny the Motion to Suppress Statements and Evidence.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Terry I. Adelman, who filed a Report and Recommendation on April 11, 2014 (ECF No. 40).[1] Defendant Stokes filed objections to the Report and Recommendation on April 30, 2014 (ECF No. 43). Defendant Stokes summarily states that he objects to several conclusions drawn by Magistrate Judge Adelman, but fails to provide any countervailing rationale for his position. The Court finds that Defendant Stokes' objections are not persuasive.

The Magistrate Judge recommends that the Motion to Suppress Statements and Evidence (ECF No. 21) be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

---

[1] The Court granted Defendant Stokes leave to file his objections out of time. (ECF No. 44).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [40] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Motion to Suppress Statements and Evidence [21] is **DENIED**.

Dated this /?/ day of May, 2014.

                                            JOHN A. ROSS
                                            UNITED STATES DISTRICT JUDGE